UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAULA HALLIWELL.,

    Plaintiff,

v.                                              No.3:07-cv-497-J-12JRK

DOCTORS CENTER HEALTH
SERVICES, etc., et al.,

    Defendants.

## ORDER

This cause is before the Court on the Agreed Stipulation for Dismissal (Doc. 19), filed August 18, 2008. Counsel for the Plaintiff advises the Court that the Plaintiff will be fully compensated for all unpaid overtime claims without compromise, including liquidated damages, as well as for Plaintiff's attorney's fees and costs. "Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." Mackenzie v. Kindred Hosps. East, L.L.C., 276 F. Supp.2d 1211 (M.D. Fla. 2003). See also, Feagans v. Americana Jax Investments, Inc., No. 3:07-cv-433-J-33HTS, 2008 WL 782488 (M.D. Fla. March 20, 2008). As a result, the Court finds that it is appropriate to dismiss this case with prejudice. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

That this case is hereby dismissed with prejudice and the Clerk shall close the case and terminate any pending motions and deadlines.

**DONE AND ORDERED** this ____27th____ day of August 2008.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

c:   Counsel of Record